IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NANCY S. DUBE,
    Plaintiff,

vs.                              CASE NO.  3:11cv474/LAC/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2012. (Doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The application for a period of disability and disability insurance

benefits is DENIED and the Commissioner's decision is AFFIRMED.

DONE AND ORDERED this 18th day of September, 2012.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE